UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 JUL 30 PM 1:10

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1:25CR 075** |
| Plaintiff, | : | |
| | : | JUDGE **J. McFARLAND** |
| v. | : | |
| | : | **INDICTMENT** |
| FLOYD WALKER, | : | |
| | : | 18 U.S.C. § 2 |
| Defendant. | : | 18 U.S.C. § 371 |
| | : | 18 U.S.C. § 922(a)(6) |
| | : | |
| | : | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES**:

### Introduction

1. At times relevant to this Indictment:

    a. The following businesses were licensed dealers of firearms (also known as federal firearms licensees or "FFLs") within the meaning of Chapter 44, Title 18, United States Code:

    i. Range USA – Cincy West at 7266 Harrison Ave., Cincinnati, OH 45247;

    ii. Range USA – Blue Ash at 10930 Deerfield Rd., Blue Ash, OH 45242;

    iii. Bass Pro Shops Outdoor World #011 ("Bass Pro Shops") at 300 Cincinnati Mill Dr., Cincinnati, OH 45240;

    iv. Target Holdings Inc. d/b/a Target World ("Target World") at 2300 E. Kemper Rd., Cincinnati OH; and

    v. North College Hill Gun Store at 1849 W. Galbraith Rd., Cincinnati, OH 45239.

    b. The defendant, **FLOYD WALKER**, was a resident of Michigan.

1

## COUNT 1
### (Conspiracy to Commit an Offense Against the United States)

### The Conspiracy

2. Paragraph 1 of the Indictment is incorporated here.

3. From in or about September 2023 through in or about November 2023, in the Southern District of Ohio, the defendant, **FLOYD WALKER**, knowingly and intentionally conspired and agreed with others known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly make a false oral and written statement to a licensed dealer of firearms, as that term is defined in Chapter 44, Title 18, United States Code, in connection with the acquisition and attempted acquisition of a firearm, which statement was intended and likely to deceive the said licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44, Title 18, United States Code, in violation of Title 18, United States Code, Section 922(a)(6).

### Manner and Means of the Conspiracy

4. The manner and means by which the defendant, **FLOYD WALKER**, and others known and unknown to the grand jury sought to accomplish the objectives of the conspiracy included the following:

    a. It was part of the conspiracy that Individual 1 would purchase a firearm or firearms at Cincinnati-area FFLs.

    b. It was further part of the conspiracy that, during the purchase of a firearm or firearms, Individual 1 would falsely represent on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 – Firearms Transaction Record ("ATF Form 4473") that he was the actual transferee/buyer of the firearm(s), when in fact he was purchasing the firearm(s) for **FLOYD WALKER.**

c. It was further part of the conspiracy that Individual 1 would give the purchased firearms to **FLOYD WALKER** that same day, or within a few days.

d. It was further part of the conspiracy that a member of the conspiracy would transport the firearms outside the state of Ohio.

5. During the conspiracy, Individual 1, by making illegal straw purchases, succeeded in purchasing at least approximately twenty-one firearms for **FLOYD WALKER**. At least nine of those firearms were recovered in connection with a crime in Canada less than two weeks after they were purchased; five others were later traced to crimes in Canada and Detroit.

## Overt Acts

6. In furtherance of the conspiracy, and to effect the object thereof, the conspirators performed and caused to be performed the following overt acts, among others:

a. On or about October 25, 2023, Individual 1 purchased two pistols from Range USA – Blue Ash.

b. On or about October 25, 2023, Individual 1 submitted an ATF Form 4473 to Range USA – Blue Ash on which he falsely represented that he was the actual transferee/buyer of the two pistols listed on the form.

c. On or about October 25, 2023, **FLOYD WALKER** performed a query in Safari for the address of the hotel where Individual 1 was then staying.

d. On or about October 25, 2023, **FLOYD WALKER** met with Individual 1 to obtain the firearms that Individual 1 had purchased for him earlier that day.

e. On or about October 26, 2023, Individual 1 purchased two pistols from Range USA – Blue Ash and one pistol from Target World.

  f. On or about October 26, 2023, Individual 1 submitted one ATF Form 4473 to Target World and another to Range USA – Blue Ash on which he falsely represented that he was the actual transferee/buyer of the pistol(s) listed on the forms.

  g. On or about October 26, 2023, **FLOYD WALKER** met with Individual 1 to obtain the firearms that Individual 1 had purchased for him earlier that day.

**In violation of Title 18, United States Code, Section 371.**

## COUNTS 2-11
### (False Statement During Purchase of Firearm)

7. Paragraph 1 of the Indictment is incorporated here.

8. On or about the following dates, in the Southern District of Ohio, Individual 1, in connection with the acquisition of a firearm from the federal firearms licensee listed below, knowingly made a false and fictitious written statement to the said federal firearms licensee as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that Individual 1 did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that the individual listed on the form was the actual transferee/buyer of the corresponding firearm, when in fact **FLOYD WALKER** was the actual transferee/buyer of the firearm. These offenses were committed and carried out in the course of, and in furtherance of, the conspiracy set forth in Count 1 of the Indictment and while **FLOYD WALKER** was a member of the conspiracy.

| Count | Date, on or about | Firearm(s) | Federal Firearms Licensee |
|---|---|---|---|
| 2 | 10/16/23 | Two Glock 43x 9mm pistols bearing serial numbers BZVM543 and CACT219 | Bass Pro Shops |
| 3 | 10/16/23 | A Glock 43 9mm pistol bearing serial number AHZD477 and a Glock 23 Gen 5 .40 caliber pistol bearing serial number CAKR580 | Range USA – Cincy West |

4

| Count | Date, on or about | Firearm(s) | Federal Firearms Licensee |
|---|---|---|---|
| 4 | 10/19/23 | A Springfield Armory Hellcat 9mm pistol bearing serial number BE100458 and two Glock 43x 9mm pistols bearing serial numbers CBGV468 and CAZG326 | Range USA – Cincy West |
| 5 | 10/21/23 | A Glock 30 .45 caliber pistol bearing serial number CAZA625 and a Glock 43x 9mm pistol bearing serial number AHVB218 | Bass Pro Shops |
| 6 | 10/24/23 | A Canik Century Arms TP9 Elite SC 9mm pistol bearing serial number 23CB07572; a Glock 26 9mm pistol bearing serial number CAKU238; and two Glock 28 .380 caliber pistols bearing serial numbers AHSP847 and AHSF892 | Range USA – Cincy West |
| 7 | 10/25/23 | A Glock 26 9mm pistol bearing serial number AGKD179 and a Glock G27 Gen 5 .40 caliber pistol bearing serial number BYGL310 | Range USA – Blue Ash |
| 8 | 10/26/23 | A Glock 43x 9mm pistol bearing serial number CAUM316 and a Glock 19 Gen 5 9mm pistol bearing serial number BWYT942 | Range USA – Blue Ash |
| 9 | 10/26/23 | A Glock 30 Gen 4 .45 caliber pistol bearing serial number BEVE140 | Target World |
| 10 | 10/27/23 | A Glock 27 .40 caliber pistol bearing serial number BYLK652 and a Glock 19 9mm pistol bearing serial number CBNR555 | North College Hill Gun Store |

**In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2;** *Pinkerton v. United States*, **328 U.S. 640 (1946).**

### FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this Indictment, the defendant, **FLOYD WALKER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- A Glock 23 .40 caliber pistol, bearing serial number BZNF591, with any attachments and ammunition;

5

- A Glock 43x 9mm pistol, bearing serial number BZVM543, with any attachments and ammunition;
- A Glock 43x 9mm pistol, bearing serial number CACT219, with any attachments and ammunition;
- A Glock 43 9mm pistol, bearing serial number AHZD477, with any attachments and ammunition;
- A Glock 23 Gen 5 .40 caliber pistol, bearing serial number CAKR580, with any attachments and ammunition;
- A Springfield Armory Hellcat 9mm pistol, bearing serial number BE100458, with any attachments and ammunition;
- A Glock 43x 9mm pistol, bearing serial number CBGV468, with any attachments and ammunition;
- A Glock 43x 9mm pistol, bearing serial number CAZG326, with any attachments and ammunition;
- A Glock 30 .45 caliber pistol, bearing serial number CAZA625, with any attachments and ammunition;
- A Glock 43x 9mm pistol, bearing serial number AHVB218, with any attachments and ammunition;
- A Canik Century Arms TP9 Elite SC 9mm pistol, bearing serial number 23CB07572, with any attachments and ammunition;
- A Glock 26 9mm pistol, bearing serial number CAKU238, with any attachments and ammunition;
- A Glock 28 Gen 3 .380 caliber pistol, bearing serial number AHSP847, with any attachments and ammunition;
- A Glock 28 Gen 3 .380 caliber pistol, bearing serial number AHSF892, with any attachments and ammunition;
- A Glock 26 9mm pistol, bearing serial number AGKD179, with any attachments and ammunition;
- A Glock G27 Gen 5 .40 caliber pistol, bearing serial number BYGL310, with any attachments and ammunition;
- A Glock 43x 9mm pistol, bearing serial number CAUM316, with any attachments and ammunition;
- A Glock 19 Gen 5 9mm pistol, bearing serial number BWYT942, with any attachments and ammunition;

- A Glock 30 Gen 4 .45 caliber pistol, bearing serial number BEVE140, with any attachments and ammunition;
- A Glock 27 .40 caliber pistol, bearing serial number BYLK652, with any attachments and ammunition; and
- A Glock 19 9mm pistol bearing serial number CBNR555, with any attachments and ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), 18 U.S.C. § 1029(c)(2), and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL.

/S/

GRAND JURY FOREPERSON

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

*Julie D. Garcia*
JULIE D. GARCIA
ASSISTANT UNITED STATES ATTORNEY